ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO H. CARTER, | Case No. CV 10-9285-JST (RNB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

DATED: 12-29-11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE